

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EAG/JDG/CMP/RJN           *271 Cadman Plaza East*
F.#2008R00530             *Brooklyn, New York 11201*

May 7, 2010

By ECF

Adam D. Perlmutter, Esq.                Carl Jordan Herman, Esq.
260 Madison Avenue, Suite 1800          443 Northfield Avenue
New York, New York 10016                West Orange, New Jersey 07052

Joseph R. Corozzo, Jr., Esq.            Colleen Quinn Brady, Esq.
Rubenstein & Corozzo                    99 Hudson Street, 8th Floor
260 Madison Avenue                      New York, New York 10013
New York, New York 10016

Susan Kellman, Esq.                     David Stern, Esq.
25 8th Avenue                           100 Lafayette Street, Ste. 501
Brooklyn, New York 11217                New York, New York 10013

Jane Fisher-Byrialsen, Esq.             Richard B. Lind, Esq.
Fisher & Bryialsen, PLLC                745 Fifth Avenue, Suite 902
110 Wall Street, 11th Floor             New York, New York 10151
New York, New York 10005

Marion A. Seltzer, Esq.                 Kelley J. Sharkey, Esq.
1725 York Avenue, Ste. 16B              26 Court Street, Suite 1016
New York, New York 10128                Brooklyn, New York 11242

Raymond L. Colon, Esq.                  Kenneth A. Paul, Esq.
233 Broadway, Fifth Floor               111 Broadway, Suite 701
New York, New York 10279                New York, New York 10006

Michael L. Soshnick, Esq.
190 Willis Avenue, Suite 190
Mineola, New York 11501

          Re:  United States v. Thomas Gioeli, et al.
               Criminal Docket No. 08-0240 (S-4)(BMC)

All Counsel
May 7, 2010
Page 2

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case. The government also renews its request for reciprocal discovery.

The following copies of documents recently obtained from the New York City Office of the Chief Medical Examiner ("OCME"), Department of Forensic Biology, will be available at First Choice Copy (Order No. 26090) shortly after the date of this letter.  It is the government's understanding that the OCME's DNA testing process is ongoing, and we will provide you with the results of any such testing as soon as they become available.

| **Ex.** | **Description** |
|---|---|
| 971 | OCME File No. FB08-S0992: DNA testing results for Dino Calabro in connection with the murder of New York City Police Department ("NYPD") Officer Ralph Dols, Bates range 1 to 44. |
| 972 | OCME File No. FB08-S0993: DNA testing results for Dino Saracino in connection with the Dols murder, Bates range 1 to 42. |
| 973 | OCME File No. FB08-S0994: DNA testing results for Joseph Competiello in connection with the Dols murder, Bates range 1 to 41. |
| 974 | OCME File No. FB97-00778: Additional DNA testing results for Calabro, Saracino and Competiello in connection with the Dols murder, Bates range 1 to 163. |
| 975 | OCME File No. FB97-00778: DNA testing results related to laboratory report dated September 14, 2005, in connection with the Dols murder, Bates range 1 to 240. |
| 976 | OCME File No. FB97-00778: DNA testing results related to laboratory report dated June 13, 2001, in connection with the Dols murder, Bates range 1 to 155. |

All Counsel
May 7, 2010
Page 3

| 977 | OCME File No. FB97-00778: Additional DNA testing results related to the Dols murder, Bates range 1 to 420. |

In addition, the government recently obtained the following documents from the New York City Police Department Legal Bureau:

| **Ex.** | **Description** |
|---|---|
| 978 | Documents associated with NYPD Line of Duty Death Designation decision for Police Officer Ralph Dols, Bates range 1 to 60. |

If you have any questions or requests, please contact us.

        Sincerely,

        BENTON J. CAMPBELL
        UNITED STATES ATTORNEY

By:  /s/Cristina M. Posa
     Elizabeth A. Geddes
     James D. Gatta
     Cristina M. Posa
     Rachel J. Nash
     Assistant U.S. Attorneys

cc:  Clerk of the Court (BMC) (by ECF)